1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS GONZALEZ
   Assistant United States Attorney
4  333 South Las Vegas Blvd., Suite 5000
   Las Vegas, NV 89101
5  Telephone: (702) 388-6336
   Facsimile: (702)388-6787
6  carlos.gonzalez2@usdoj.gov

7
                     UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9

10 KHALID HASAN KHAN,                    2:11-cv-00811-GMN -GWF

11         Petitioner,                   **MOTION TO PERMIT
         v.                              APPEARANCE OF
12 UNITED STATES CITIZENSHIP AND         GOVERNMENT ATTORNEY**
   IMMIGRATION SERVICES,
13
           Respondent.
14

15    THE UNITED STATES ATTORNEY for the District of Nevada

16 hereby moves, pursuant to LR-IA-10-3, for the admission of

17 Sherease R. Pratt to the Bar of this Court for the purpose of

18 representing the respondent, United States Citizenship and

19 Immigration Services, in the above-captioned litigation.

20    Sherease R. Pratt is a member in good standing of the

21 State Bar of New York (Bar # 2620912). She is an attorney

22 employed by the United States Department of Justice, Civil

23 Division, Office of Immigration Litigation, and her office is

24 located in Washington, D.C.

25 ...

26 ...

1    It is respectfully requested that an order be issued
2 permitting Sherease R. Pratt to practice before this court in
3 this action.

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

DATED: JUNE 17, 2011

                                              //S// CARLOS A. GONZALEZ
                                              CARLOS A. GONZALEZ
                                              Assistant United States Attorney

                                              IT IS SO ORDERED.

DATED: June 20, 2011

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge